**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chad Shortridge, | Case No.: 2:13-CV-00812-WBS-CKD |
| Plaintiff, | **ORDER** |
| vs. | |
| Creditors Financial Group, LLC, | |
| Defendant. | |

Pursuant to stipulation of the parties, the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE